**No. 43882.**—Protest 981219–G of Leo Feder & Son (New York).

Opinion by Evans, J. It was held that the circumstances do not meet any of the requirements for clerical error, the court saying that, if anything, it was an error in judgment. Under the provisions of section 503, Tariff Act of 1930, the protest was overruled.